Golden & Timbol, PC.
Sarah J. Golden SBN# 272133
Servando Timbol SBN# 275062
6 Hutton Centre Dr., Ste# 600
Santa Ana, CA 92707
Telephone: (714) 382-6702
Fax: (714) 382-6703
Email: sarah@gtlawoffices.com
Email: servando@gtlawoffices.com

*Attorneys for Plaintiff Keyla R. Bell*

Allen, Matkins, Leck, Gamble
Mallory & Natsis, LLP.
Andrew E. Miller SBN# 213504
Lauren R. Danielson SBN# 265198
515 South Figueroa St., Ninth Floor
Los Angeles, CA 90071-3309
Telephone: (213) 622-5555
Fax: (213) 620-8816
Email: amiller@allenmatkins.com
Email: ldanielson@allenmatkins.com

*Attorneys for Defendant Onewest Bank, FSB.*

FILED
CLERK, U.S. DISTRICT COURT
AUG 16 2012
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEYLA R. BELL, an individual;<br><br>　　　　Plaintiff,<br>vs.<br><br>ONEWEST BANK, FSB., a Federal Savings Bank; MTDS, INC., dba MERIDIAN TRUST DEED SERVICE, a California Corporation,<br><br>　　　　Defendants. | Case No.: CV 11-7497-E<br><br>Judge: Hon. Charles F. Eick<br><br>**[~~PROPOSED~~] ORDER GRANTING JOINT STIPULATION TO DISMISS WITH PREJUDICE** |

1

**PROPOSED ORDER**

Pursuant to the stipulation of the parties, and good cause appearing therein,

**IT IS HEREBY ORDERED**:

The complaint and entire above referenced action is dismissed with prejudice.

Dated: 8/16 , 2012

Hon. Charles F. Eick